BEFORE THE SECOND DIVISION, OCTOBER 3, 1963

No. 68016.—Pistorino & Co., Inc. v. United States, protest 59/8755 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of Berthelsen veneering presses similar in all material respects to those the subject of *W. C. Sullivan & Company* v. *United States* (46 Cust. Ct. 31, C.D. 2229), the claim of the plaintiff was sustained.